Joseph Cook
Jesse Medearis
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
(406) 839-9091
Fax: (406) 839-9092
joe@lawmontana.com
jesse@lawmontana.com

*Attorneys for Dana Short*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DANA SHORT,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. CV-23-75-BU-BMM<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff, through counsel, submits her Complaint against Defendant as follows:

1. Plaintiff, Dana Short, is a resident of Gallatin County.

2. Defendant Progressive Northwest Insurance Company is a foreign insurer engaged in the business of insurance in Montana.

3. The Court has subject matter and personal jurisdiction over the parties and this dispute.

4. The District of Montana, Butte Division, is an appropriate venue for this action.

5. On September 10, 2022, Plaintiff was driving in Maricopa County, Arizona. She was stopped at a light when Abner Ambrocio-Garduna drove into the rear of Plaintiff's vehicle with considerable force in a Chevy pickup.

6. Dana's vehicle sustained significant damage:



7. Mr. Garduno-Abner immediately fled the crash scene and was later arrested and charged with two felonies and a misdemeanor: Count 1 – Aggravated

driving or actual physical control while under the influence of intoxicating liquor or drugs; Count 2 – Aggravated driving or actual physical control while under the influence of intoxicating liquor or drugs; and, Count 3 – Leaving the scene of a damage accident.

8. Mr. Garduno-Abner was a named excluded driver under the policy covering the vehicle he was operating.

9. Mr. Garduno-Abner was driving an uninsured motor vehicle at the time of the accident.

10. As a direct and proximate result of Garduno-Abner's actions, Plaintiff suffered personal injuries, emotional distress, mental anguish, and financial damages because of the hit-and-run collision.

11. Plaintiffs purchased a policy of insurance from Defendant Progressive Northwestern, Policy No. 956880912, which included and provided uninsured motorist coverage to its insured, Dana Short.

12. The policy was negotiated and sold in Montana to a Montana resident with a Montana address.

13. At all times relevant hereto, Dana was a named insured under Progressive Northwestern Insurance Policy No. 956880912.

14. Pursuant to the terms of Progressive Northwestern Policy No. 956880912, Progressive was obligated to provide uninsured motorist coverage to

its insureds, up to policy limits, for qualified damages in the event of a qualifying event or occurrence.

15. The event on September 10, 2022, is a qualifying event and occurrence under the terms of the Progressive policy.

16. Progressive Northwestern Policy No. 956880912 was in full force and effect at the time of the collision.

17. Dana is a recently retired insurance adjuster who spent her career adjusting claims for a major insurance company. Given that Dana is familiar with the first-party insurance process, she first attempted to negotiate a settlement without retaining counsel.

18. Dana demanded Progressive's $250,000 policy limits on April 20, 2023, and, in response, Progressive tendered a $21,002.00 "total money" / $8,000.00 "new money" offer on May 31, 2023.

19. Dana's uninsured motorist damages exceed what she has been offered.

20. Defendant Progressive has breached its contract with Plaintiff by failing to pay the full value of Plaintiff's damages up to the UM benefit limits.

21. In order to obtain what she is entitled to under her insurance contract with Progressive, Dana has been forced to retain counsel and to file this lawsuit.

22. Progressive's breach of Policy No. 956880912 has damaged and continues to cause damage to Dana.

WHEREFORE, Plaintiff respectfully requests a judgment against Defendant for all general and special compensatory damages provided by Montana law, in an amount to be proven at trial; for costs, interest, pre-judgment interest as determined by the Court; for attorney's fees, interest and costs, and for any and all further legal or equitable relief as the Court deems proper.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury in this matter.

Dated this <u>1st</u> day of November, 2023.

<u>          /s/ Jesse Medearis          </u>
Jesse Medearis
Attorney for Plaintiff