IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DANA SHORT, <br><br>               Plaintiff, <br><br> vs. <br><br> PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, <br><br>               Defendant. | CV 23–75–BU–DLC <br><br><br> ORDER |

Upon stipulation of the Parties,

IT IS ORDERED, ADJUDGED, and DECREED that the above-captioned matter is DISMISSED WITH PREJUDICE with each party to bear their own costs and attorney's fees.

DATED this 5th day of November, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1